UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | 1:21-mj-00036-JCN |
| ) | |
| DAVID PHILLIPS, ) | |
| ) | |
| Defendant ) | |

## ORDER OF TEMPORARY DETENTION

Defendant David Phillips appeared before this Court on February 11, 2021, for an initial appearance on a complaint filed on February 9, 2021, which complaint charged Defendant with one count of Possession of Ammunition by a Felon in violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).  Defendant waived his right to a preliminary hearing.  Pursuant to 18 U.S.C. § 3142, the Government moved for detention pending trial.  Defendant appeared with counsel, and requested a hearing on the issue of detention.  Accordingly, it is hereby

ORDERED that Defendant be, and hereby is, temporarily detained without bail pursuant to 18 U.S.C. § 3142(f); and it is further

ORDERED that Defendant shall next appear before this Court at Bangor, Maine, on February 17, 2021 at 3:00 p.m., for the purpose of further consideration of release or detention pursuant to statute as well as any other matters ordered by this Court.

/s/John C. Nivison
U.S. Magistrate Judge

Dated this 11th day of February, 2021.