# UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Criminal Case No.** |
| | ) | |
| **DAVID PHILLIPS** | ) | **18 U.S.C. §§ 922(g)(1) and 924(a)(2)** |
| | ) | **(Possession of Ammunition by a Felon)** |
| | ) | |
| | ) | |

## INFORMATION

The United States Attorney charges:

### COUNT ONE
### Possession of Ammunition by a Felon

From on or about January 20, 2021 until January 30, 2021, in the District of Maine, defendant

### DAVID PHILLIPS

knowing that he had previously been convicted of a crime punishable by a term exceeding one year, specifically**:**

- Felony Violation of a Protective Order, Docket F02B-CR16-0290873-S, in the Bridgeport, Connecticut Superior Court, judgment having entered on December 22, 2016,

knowingly possessed, in and affecting commerce, ammunition, specifically: 50 rounds of Winchester 5.56 caliber ammunition; 50 rounds of Federal .40 caliber ammunition; 20 rounds of Sig Sauer 300 Blackout caliber ammunition; and 20 rounds of Nosler 9mm caliber ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### FORFEITURE ALLEGATION

Upon conviction of the offense in violation of 18 U.S.C. § 922(g)(1) set forth in Count One of this Information, the defendant, David Phillips, shall forfeit to the United States any firearms and ammunition involved in the commission of the offense, including, but not limited to: 50 rounds of Winchester 5.56 caliber ammunition; 50 rounds of Federal .40 caliber ammunition; 20 rounds of Sig Sauer 300 Blackout caliber ammunition; and 20 rounds of Nosler 9mm caliber ammunition.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Date:   May 28, 2021

DONALD E. CLARK
Acting United States Attorney

**BY:  /s/ ANDREW MCCORMACK**
ANDREW MCCORMACK
Assistant United States Attorney