# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | **Criminal No.** |
| | **)** | |
| | **)** | |
| **DAVID PHILLIPS** | **)** | |

## MOTION TO SEAL COOPERATION AGREEMENT

NOW COMES the United States of America, by and through Donald E. Clark, Acting United States Attorney for the District of Maine, and Andrew McCormack, Assistant United States Attorney, and moves this Honorable Court to seal the Cooperation Agreement for a period of months consistent with the number of months the Court sentences the defendant to a term of imprisonment. Disclosure of the existence of the cooperation agreement could result in significant safety concerns to the defendant while in custody.

Respectfully submitted,

DONALD E. CLARK
Acting United States Attorney

**BY:   /s/   ANDREW McCORMACK**
ANDREW McCORMACK
Assistant U.S. Attorney

Date: May 28, 2021