# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA  )  <br>   ) <br>v.   )   **Criminal No.** <br>   ) <br>   ) <br>DAVID PHILLIPS   ) | |

## PROSECUTION VERSION

From on or about January 20, 2021 until January 30, 2021, in the District of Maine, the defendant, knowing that he had previously been convicted of a crime punishable by a term exceeding one year, specifically:

- Felony Violation of a Protective Order, Docket F02B-CR16-0290873-S, in the Bridgeport, Connecticut Superior Court, judgment having entered on December 22, 2016,

knowingly possessed, in and affecting commerce, ammunition, specifically: 50 rounds of Winchester 5.56 caliber ammunition; 50 rounds of Federal .40 caliber ammunition; 20 rounds of Sig Sauer 300 Blackout caliber ammunition; and 20 rounds of Nosler 9mm caliber ammunition.

Maine Military Supply ("MMS") is an Army/Navy retail store in Holden, Maine that is open to the public and specializes in military surplus items including tactical gear, guns, and ammunition. MMS records the name of the purchaser listed on the credit/debit card for every credit/debit card purchase at its store.

A summary of the MMS credit/debit card transactions for the defendant in 2021 is as follows:

- On January 20, 2021, Phillips purchased 50 rounds of Winchester 5.56 caliber ammunition.

- On January 22, 2021, Phillips purchased 50 rounds of Winchester 5.56 caliber ammunition, AK rifle magazine, and an AR-15 type rifle stock.

- On January 30, 2021, Phillips purchased 50 rounds of Federal .40 caliber ammunition, 20 rounds of Sig Sauer 300 Blackout caliber ammunition, 20 rounds of Nosler 9mm caliber ammunition, and three (3) AK magazines.

MMS maintains security video for its store. For each transaction listed above, the defendant can be seen on the security video purchasing the ammunition and leaving the store possessing the ammunition.

The ammunition purchased by the defendant was not manufactured in the state of Maine and would have had to travel in interstate commerce to be present in the state of Maine.

The defendant has a previous conviction for Felony Violation of a Protective Order, Docket F02B-CR16-0290873-S, in the Bridgeport, Connecticut Superior Court, judgment having entered on December 22, 2016. The defendant was represented by counsel during this matter.

If this case had proceeded to trial, the government would have called personnel from MMS in order to admit the debit/credit card transaction receipts and the security video. The government would also call an ATF nexus expert. Finally, the government would admit a certified copy of the defendant's felony conviction.

Dated: May 28, 2021                                  Respectfully submitted,

                                                     DONALD E. CLARK
                                                     Acting United States Attorney


                                                     **BY: /s/ ANDREW MCCORMACK**
                                                     ANDREW MCCORMACK
                                                     Assistant United States Attorney