**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

UNITED STATES OF AMERICA

v.                                                              Case No. 1:21-cr-78-LEW

DAVID PHILLIPS

**UNOPPOSED MOTION TO**
**EXTEND TIME TO FILE PSR OBJECTIONS**

**NOW COMES** the Defendant, David Phillips, through counsel, and moves this Honorable Court to grant this Motion to Extend Time for Filing PSR Objections. We offer the following in support:

1. The deadline to file PSR objections was August 30, 2021.

2. Counsel encountered an unexpected delay in filing.

3. The defense therefore asks that the deadline be extended to today, August 31, 2021.

4. The Government, through AUSA Andrew McCormack, does not object to this Motion.

**WHEREFORE**, the Defendant asks that this Honorable Court grant this Motion to Extend Time for Filing PSR Objections.

August 31, 2021

/s/ Luke Rioux
Luke Rioux (9915)
Attorney for Dale Hunnewell
luke@rdcplawyers.com

## CERTIFICATE OF SERVICE

I, Luke Rioux, Esq., hereby certify that on August 31, 2021 I have caused this motion to be electronically filed with CM/ECF system which will send electronic notice of this filing to all parties.

/s/ Luke Rioux
Luke Rioux (9915)
Attorney for Dale Hunnewell
97A Exchange St., #404
Portland, ME 04101
(207) 358-4909
luke@rdcplawyers.com