# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **Criminal No. 1:21-cr-00078-LEW** |
| ) | **SEALING REQUESTED** |
| DAVID PHILLIPS ) | |

## MOTION TO SEAL MOTION FOR DOWNWARD DEPARTURE

The Government hereby requests that the Court seal the Motion for Downward Departure and corresponding docket entries until further order of this court.

Dated at Bangor, Maine, this 6th day of December, 2021.

Respectfully submitted,

DARCIE N. MCELWEE
United States Attorney

**BY:  /s/  ANDREW MCCORMACK**

ANDREW MCCORMACK
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2021, I filed Government's Motion to Seal Motion for Downward Departure with the Clerk of Court via newcases and sent notification of such filing to the following:

Luke Rioux, Esq., at luke@rdcplawyers.com

> Darcie N. McElwee
> United States Attorney
>
> BY: /s/   Andrew McCormack
> Andrew McCormack
> Assistant United States Attorney
> 202 Harlow Street, Room 111
> Bangor, Maine 04401
> Tel: 207-945-0373
> andrew.mccormack@usdoj.gov