# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Crim. No. 1:21-cr-00078-LEW |
| ) | |
| DAVID PHILLIPS  ) | |

## MOTION FOR DOWNWARD DEPARTURE

The United States moves pursuant to Title 18, United States Code, Section 3553 and United States Sentencing Commission Guideline Section 5K1.1 that the court impose a sentence below that called for by the applicable statute and guideline in view of the substantial assistance which the defendant provided to the government. In support of this motion, the United States submits a letter addressed to the Honorable Lance E. Walker describing the assistance provided by the defendant.

Dated at Bangor, Maine, 6th day of December, 2021.

Respectfully submitted,

DARCIE N. MCELWEE
UNITED STATES ATTORNEY

**BY: /s/ ANDREW MCCORMACK**
ANDREW MCCORMACK
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2021, I filed Government's Motion for Downward Departure with the Clerk of Court via newcases and sent notification of such filing to the following:

Luke Rioux, Esq., at luke@rdcplawyers.com

Darcie N. McElwee
United States Attorney

BY: /s/ Andrew McCormack
Andrew McCormack
Assistant United States Attorney
202 Harlow Street, Room 111
Bangor, Maine 04401
Tel: 207-945-0373
andrew.mccormack@usdoj.gov