UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

CASE NAME:  USA v. DAVID PHILLIPS

DOCKET NO:  1:21-cr-00078-LEW

PROCEEDING TYPE: SENTENCING

## Exhibit List

| Gvt Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
|  | 1 |  | Letter from William Sheckler | 12/13/21 | 12/13/21 |  | 12/13/21 |
|  | 2 |  | Letter from David LaFlamme | 12/13/21 | 12/13/21 |  | 12/13/21 |
|  | 3 |  | Letter from Rachelle LaFlamme | 12/13/21 | 12/13/21 |  | 12/13/21 |
|  | 4 |  | Letter from Karen Remsing | 12/13/21 | 12/13/21 |  | 12/13/21 |
|  | 5 |  | Letter from Gloriana Tardie | 12/13/21 | 12/13/21 |  | 12/13/21 |
|  | 6 |  | Letter from Timothy Bernard | 12/13/21 | 12/13/21 |  | 12/13/21 |
|  | 7 |  | Letter from Teresa Chandonnet | 12/13/21 | 12/13/21 |  | 12/13/21 |
|  | 8 |  | Letter from David Phillips | 12/13/21 | 12/13/21 |  | 12/13/21 |
|  | 9 |  | Letter from Anthony Aceto | 12/13/21 | 12/13/21 |  | 12/13/21 |
|  | 10 |  | Letter from Elliot | 12/13/21 | 12/13/21 |  | 12/13/21 |
|  | 11 |  | Letter from Brian Desimone | 12/13/21 | 12/13/21 |  | 12/13/21 |
|  | 12 |  | Letter from Ryan Toothaker | 12/13/21 | 12/13/21 |  | 12/13/21 |
|  | 13 |  | Letter from Nickolas Mains | 12/13/21 | 12/13/21 |  | 12/13/21 |