## UNITED STATES DISTRICT COURT

### DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 1:21-cr-00078-LEW |
| ) | |
| DAVID PHILLIPS ) | |

### **FINAL ORDER OF FORFEITURE**

On December 9, 2021, for violation of 18 U.S.C. § 922(g)(1), this Court entered a Preliminary Order of Forfeiture, pursuant to 18 U.S.C. §924(d) and 28 U.S.C. § 2461(c), ordering defendant to forfeit the following:

1) 1 Unknown manufacturer homemade frame, AK-47 type, 7.62X39 caliber machine gun with no serial number;

2) 1 Unknown manufacturer homemade frame, AR-15 type, 5.56 caliber rifle with no serial number;

3) 1 Unknown manufacturer homemade frame, Glock 22 parts, .40 caliber handgun with no serial number on the frame/receiver;

4) 30 rounds of 7.62X39mm caliber ammunition;

5) 30 rounds of .223 caliber ammunition; and

6) 16 rounds of .40 caliber ammunition

("the Property").

The Court found that the defendant had an interest in the Property, that the government had established the requisite nexus between such Property and the offense and that the Property is subject to forfeiture.

The United States will publish notice of these assets for thirty (30) consecutive days on the official government website www.forfeiture.gov, giving

notice of its intent to seek forfeiture of the Property, to dispose of the Property in accordance with law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the Property. The thirty (30) day deadline for third parties to file petitions has not yet expired.

The Government does not by this Order, seek to resolve the interests, if any, of third parties.

It is hereby **ORDERED, ADJUDGED AND DECREED** that the Property is hereby FORFEITED, as to David Phillips, to the United States to be disposed of according to law; and

IT IS FURTHER **ORDERED** that the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order; and

IT IS FURTHER **ORDERED** that the Clerk of the Court shall forward a certified copy of this Order to Assistant United States Attorney Donald E. Clark, 100 Middle Street, East Tower, 6th floor, Portland, Maine 04101.

SO ORDERED,

Dated: December 13, 2021    /s/ Lance E. Walker
U.S. District Judge