UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO.: 1:21-cr-00078-LEW |
| | ) |
| DAVID PHILLIPS | ) |

ORDER

The Court's prior Order sealing certain pleadings in the above case shall no longer remain in effect. So ORDERED.

/s/Lance E. Walker
U.S. District Judge

Dated this 14th day of February, 2022.