# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| **United States of America** | ) | |
| | Plaintiff, ) | |
| v. | ) | Docket No. 1:21-CR-00078-001 |
| | ) | |
| **David Phillips** | ) | |
| | Defendant. ) | |

## SATISFACTION OF JUDGMENT

The monetary penalty(s) imposed in the above-captioned action on December 13, 2021 has/have been satisfied and paid in full.

Dated:      February 24, 2022

DARCIE N. MCELWEE
United States Attorney


 /s/ Andrew K. Lizotte
Assistant U.S. Attorney
United States Attorney's Office
202 Harlow Street, Room 111
Bangor, Maine 04401
207-945-0373
Andrew.Lizotte@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

## CERTIFICATE OF SERVICE

    I hereby certify that on February 24, 2022, I electronically filed a Satisfaction of Judgment with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the attorneys of record.

DARCIE N. MCELWEE
United States Attorney

/s/ Andrew K. Lizotte
ANDREW K. LIZOTTE
Assistant U.S. Attorney
United States Attorney's Office
202 Harlow Street, Room 111
Bangor, Maine 04401
207-945-0373
Andrew.Lizotte@usdoj.gov