## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.           ) | Crim. No. 1:21-cr-00078-LEW |
| ) | |
| **DAVID PHILLIPS** ) | |

### AMENDED FINAL ORDER OF FORFEITURE

Defendant, David Phillips, was sentenced on December 13, 2021 (Docket Item # 64) and this Court entered a Final Order of Forfeiture (Docket Item # 66), pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), ordering defendant to forfeit the following:

1) 1 Unknown manufacturer homemade frame, AK-47 type, 7.62X39 caliber machine gun with no serial number;

2) 1 Unknown manufacturer homemade frame, AR-15 type, 5.56 caliber rifle with no serial number;

3) 1 Unknown manufacturer homemade frame, Glock 22 parts, .40 caliber handgun with no serial number on the frame/receiver;

4) 30 rounds of 7.62X39mm caliber ammunition;

5) 30 rounds of .223 caliber ammunition; and

6) 16 rounds of .40 caliber ammunition

("the Property").

As of the sentencing date, the government had not yet published notice of the forfeiture of the Property on the official government website. As a result, the government did not ask the court to resolve the interests of third parties, if any, in that Final Order of Forfeiture. (Id.)

Between January 6, 2022 and February 5, 2022, the United States caused notice to be published for thirty (30) consecutive days on the official government

2

website www.forfeiture.gov, giving notice of its intent to seek forfeiture of the Property, to dispose of the Property in accordance with law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the Property. (Docket Item # 73).

The time for third parties to petition the court has now expired and no timely claim or petition has been filed.

NOW THEREFORE, it is hereby **ORDERED, ADJUDGED AND DECREED** that the Property is hereby FORFEITED to the United States to be disposed of according to law; and

IT IS FURTHER **ORDERED** that the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Amended Final Order of Forfeiture; and

IT IS FURTHER **ORDERED** that the Clerk of the Court shall forward a certified copy of this Amended Final Order of Forfeiture to Assistant United States Attorney Donald E. Clark, 100 Middle Street, East Tower, 6th floor, Portland, Maine 04101.

SO ORDERED,

Dated: March 14, 2022 /s/ Lance E. Walker
U.S. District Judge